UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DELIS B. PIERRE (#498929)**

**VERSUS**

**JAMES LEBLANC, ET AL.**

CIVIL ACTION

NO.   20-182-JWD-RLB

## OPINION

The Court has independently reviewed the entire record in this case. Although the objection (Doc. 19) to the report and recommendation was filed late, the Court considered Plaintiff's objection but finds no error and agrees with the Magistrate Judge's Report and Recommendation (Doc. 18) dated December 3, 2020.

**IT IS ORDERED** that the defendants' Motion to Dismiss (R. Doc. 9) is granted, and the plaintiff's claims against defendants Secretary James LeBlanc, Seth Smith, Warden Darrel Vannoy, Deputy Warden Joseph Lamartiniere, Assistant Wardens Darian Thompson and Tim Delaney, and Dr. Randy Lavespere are dismissed, with prejudice.

**IT IS FURTHER ORDERED** that the plaintiff's claims asserted against defendants McDowell, Rogers, and Travis are dismissed, without prejudice, for failure of the plaintiff to effect timely service upon them, and that this matter be referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana, on <u>January 5, 2021</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**