# NITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**DELIS B. PIERRE (#498929)**                                    **CIVIL ACTION**

**VERSUS**

**NO.  20-182-JWD-RLB**

**JAMES LEBLANC, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.22) dated February 8, 2021, to which no objection was filed,

**IT IS ORDERED** that the defendants' Motion for Summary Judgment (Doc. 21) is granted, and that this matter shall be dismissed with prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on March 10, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**